USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITE HERE RETIREMENT FUND and
TRUSTEES OF THE UNITE HERE
RETIREMENT FUND,

                         Plaintiffs,

            -against-                        20-CV-3319 (VEC)

                                       ORDER

CITY OF SAN JOSE and DOLCE
INTERNATIONAL/SAN JOSE, LLC.

                        Defendants.

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 28, 2020, the parties appeared for a teleconference with this Court;

       WHEREAS a related case, *Dolce Int'l/San Jose, LLC v. City of San Jose et al.*, 20-cv-3774 is pending in the Northern District of California;

       WHEREAS all parties consent to a transfer of this case to the Northern District of California;

       IT IS HEREBY ORDERED THAT, pursuant to 28 U.S.C. § 1404(a), this case is immediately TRANSFERRED to the United States District Court for the Northern District of California.

**SO ORDERED.**

Date:  August 28, 2020
         New York, New York

                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**