United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6                          SAN JOSE DIVISION
7
8    UNITE HERE RETIREMENT FUND, ET          Case No.  5:20-cv-06069-EJD
     AL.,
9                                            **ORDER GRANTING PLAINTIFF'S**
                  Plaintiffs,                **MOTION TO STAY**
10
            v.                               Re: Dkt. No. 60
11
     CITY OF SAN JOSE, et al.,
12
                  Defendants.
13          Plaintiff Unite Here Retirement Fund initiated this suit seeking a judicial determination

14   that Defendant City of San Jose or Defendant Dolce San Jose ("Dolce") is the "employer" for

15   purposes of the imposition of withdrawal liability within the meaning of Section 4212(a) of

16   ERISA, 29 U.S.C. § 1392(a). Pending before the Court is Plaintiff's motion to stay the processing

17   of the demand for arbitration ("Demand") that was filed by Dolce with the American Arbitration

18   Association ("AAA"). Dkt. No. 60.

19          On January 20, 2021, Dolce filed an opposition to the motion to stay. Dkt. No. 62. Dolce's

20   opposition essentially restates the argument Dolce previously raised in its motion to dismiss: that

21   pursuant to ERISA's mandatory arbitration provisions, the determination of who is an "employer"

22   under ERISA must be arbitrated rather than adjudicated by this Court. Dkt. No. 46. The Court

23   rejected Dolce's argument and by order dated January 28, 2021, the Court denied Dolce's motion

24   to dismiss. Dkt. No. 64.

25          Inasmuch as the Court has already determined that employer status under ERISA is an

26   issue for judicial determination, not arbitration, and Dolce has not presented any other issues that

27   are ripe for arbitration at this stage in the proceedings, Plaintiff's motion to stay the AAA

28   Case No.: 5:20-cv-06069-EJD
     ORDER GRANTING PLAINTIFF'S MOTION TO STAY
                                        1

1   arbitration is GRANTED.  The AAA arbitration is stayed pending further order of the Court.

2       The April 15, 2021 hearing is vacated.

3       **IT IS SO ORDERED.**

4   Dated: April 6, 2021

5    

6                                    EDWARD J. DAVILA
                                 United States District Judge

United States District Court
Northern District of California

Case No.: 5:20-cv-06069-EJD
ORDER GRANTING PLAINTIFF'S MOTION TO STAY